|   |   |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ANDRES J. ROJAS, <br><br> Defendant. | NO. CR15-267-RSL <br><br> ORDER |

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

This matter having come before the Court on the government's emergency motion for an arrest warrant, and the Court having reviewed the motion and determined that the Defendant, Andres J. Rojas, was ordered to serve 30 days for multiple violations of supervised release and to self-report to the SeaTac Federal Detention Center no later than Friday, January 13, 2023, and that he has not done so,

IT IS HEREBY ORDERED that the attached arrest warrant for Andres J. Rojas shall be issued.

Dated this 18th day of January, 2023.

*signature*
Robert S. Lasnik
United States District Judge

*United States v. Rojas*, CR15-276-RSL
Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970